# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANILO MATURELL COSTA ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **1:26–CV–04034–DC–AC** |
| v. | |
| **WARDEN, CENTRAL VALLEY ANNEX ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/9/2026 .**

ENTERED:    **June 9, 2026**         /s/  **Keith Holland**
                                                        Clerk of Court